Argued August 24, affirmed August 24, petition for rehearing
denied September 26, petition for review
denied December 11, 1973

STATE OF OREGON, *Respondent, v.* STANLEY
WALTER SMITH (No. C 71-05-1529 Cr), *Appellant.*

513 P2d 173

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before LANGTRY, Presiding Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.